**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| **LABORERS WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, et. al.** | ) ) ) ) ) ) ) | **Case No. 08 C 4860** |
| **Plaintiffs** | ) ) | **Judge Manning** |
| v. | ) ) |  |
| **NEPTUNE CONSTRCTION COMPANY, INC.** **An Illinois Corporation** | ) ) |  |
| **Defendant** | ) |  |

**RESPONSE TO CITATION TO DISCOVER ASSETS**

The subject corporation has no assets and executed an Assignment for the Benefit of Creditors. Plaintiffs have been noticed of the same. The corporation has no assets, nor records of its transactions as all are in the possession of the Assignee for the Benefit of Creditors.

The Citation has not been served upon the corporation as no such office now exists at the address contained on the Citation. The Citation has been forwarded to the office of the Assignee for the Benefit of Creditors.

No officers or employees remain.


Richard N. Golding, Esq. (A.R.D.C. 0992100)
THE GOLDING LAW FIRM, P.C.
500 N. Dearborn Street, 2nd Floor
Chicago, IL 60654
Tel: (312) 832-7885
Fax: (312)755-5720
rgolding@goldinglaw.net

STATE OF ILLINOIS    )
    )
COUNTY OF COOK    )

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that he caused a copy of the foregoing **Response to Citation to Discover Assets** to be filed with the Clerk of the U. S. District Court, Northern District of Illinois, using the CMIECF filing system on this 3rd day of September, 2009 and by mailing postage pre-paid with the U. S. Post Office at 500 N. Dearborn Street, Chicago, IL 60654 to:

**Robbie T. Hunt**
Courtroom Deputy
219 South Dearborn Street
Room 2132
Chicago, IL 60604

**Patrick T. Wallace**
Office of Fund Counsel
111 W. Jackson Blvd
#1415
Chicago, IL 60604

                                                   By: /s/Richard N. Golding